IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**BRANNON MCCOY and JOSE LAINEZ-ZAMORA,**<br><br>　　*Defendant.* | **CRIMINAL ACTION NO.**<br>**5:21-cr-00052-TES-CHW** |

**ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE**

Before the Court is the Government's Unopposed Motion for Continuance [Doc. 35] as to both Defendant McCoy and Defendant Lainez-Zamora. On September 15, 2021, the Grand Jury charged both Defendants with one count of conspiracy to possess with intent to distribute controlled substances and controlled substance analogues in violation of 21 U.S.C. §§ 813, 841(a)(1), and 846. [Doc. 1, p. 1]. The Grand Jury also charged Defendant McCoy with 12 counts of unlawful use of a communication facility, aided and abetted by others both known and unknown, in violation of 21 U.S.C. § 843(b) and 18 U.S.C. § 2. [*Id.* at pp. 2–7]. Defendant McCoy entered a plea of not guilty on October 6, 2021. [Doc. 20]. Defendant Lainez-Zamora entered a plea of not guilty on November 3, 2021. [Doc. 32].

In its unopposed motion, the Government states that "additional time will afford Defendant's counsel an opportunity to review discovery, conduct a meaningful

investigation of the case and to discuss a possible resolution of the case with [it]." [Doc. 35, p. 2]. Consistent with the Government's request, the Court **GRANTS** its Unopposed Motion for Continuance [Doc. 35] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term—February 7, 2022. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

    **SO ORDERED**, this 8th day of November, 2021.

                                          S/ Tilman E. Self, III
                                          **TILMAN E. SELF, III, JUDGE**
                                          **UNITED STATES DISTRICT COURT**