# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRANNON MCCOY,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>5:21-cr-00052-TES-CHW-1 |

### ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE

Before the Court is the Defendant's Joint Motion to Continue Trial in the Interest of Justice [Doc. 41]. On September 15, 2021, the Grand Jury charged Defendant Brannon McCoy with one count of Conspiracy to Possess with Intent to Distribute Controlled Substances and Controlled Substance Analogues in violation of 21 U.S.C. §§ 813, 841(a)(1), and 846, and twelve counts of Unlawful Use of a Communication Facility in violation of 21 U.S.C. § 843(b) and 18 U.S.C. § 2. [Doc. 1, pp. 1–7]. Defendant entered a plea of not guilty on October 6, 2021. [Doc. 20].

In his motion, Defendant states that additional time is necessary "to review the voluminous discovery, resolve the recent challenges in scheduling attorney client meetings due to the surge of COVID-19, further investigate the case and to more fully prepare for trial." [Doc. 41, p. 2]. The Parties also assert that "this additional amount of time will also allow them the opportunity to negotiate a plea." [*Id.*].

Consistent with Defendant's request, the Court **GRANTS** Defendant's Joint Motion to Continue Trial in the Interest of Justice [Doc. 41] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term—April 11, 2022. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**SO ORDERED**, this 10th day of January, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**