# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **BRANNON MCCOY,** *Defendant.* | **CRIMINAL ACTION NO.** **5:21-cr-00052-TES-CHW-1** |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

Before the Court is the Defendant's Unopposed Motion to Continue [Doc. 47]. On September 15, 2021, the Grand Jury charged Defendant Brannon McCoy with one count of Conspiracy to Possess with Intent to Distribute Controlled Substances and Controlled Substance Analogues in violation of 21 U.S.C. §§ 813, 841(a)(1), and 846, and twelve counts of Unlawful Use of a Communication Facility in violation of 21 U.S.C. § 843(b) and 18 U.S.C. § 2. [Doc. 1, pp. 1–7]. Defendant entered a plea of not guilty on October 6, 2021. [Doc. 20].

In his motion, Defendant states that additional time is necessary because he is now represented by new counsel who needs a chance to review the discovery in this case. [Doc. 47, p. 2]. Defendant states that discovery review is necessary so that he can determine possible defenses to his charges and so that meaningful plea negotiations can take place. [*Id.*].

Consistent with Defendant's request, the Court **GRANTS** his Unopposed Motion to Continue [Doc. 47] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term—June 13, 2022. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**SO ORDERED**, this 14th day of March, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
